PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Blackston, Na'Eem                    Cr.: 2:08-754-01
                                                       PACTS #: 51503

Name of Sentencing Judicial Officer: Honorable Susan B. Wigenton

Date of Original Sentence: 4/26/10

Original Offense: Bank Fraud.

Original Sentence: Supervised release five years, DNA testing, six months home confinement, mental health and drug treatment, no new debt, financial disclosure and pay a $85,900 restitution.

Type of Supervision: Supervised Release                Date Supervision Commenced: 4/26/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 28, 2010, a home visit was conducted to verify the offender's residence and begin his term of location monitoring. A urine test was obtained using a five panel instant test, with the results being positive for marijuana. Mr. Blackston was questioned about the results, admitting his illegal substance abuse the day prior to sentencing, stating the usage was related to him facing a period of incarceration. |

U.S. Probation Officer Action:
Officer verbally reprimanded the offender for his usage. A referral will be made to our Drug and Alcohol Specialist for an assessment, offender enrolled in our codeaphone system, along with random testing being increased to monitor for further usage.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 5/11/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

May 18, 2010
Date