PROB 12A
(7/93)

RECEIVED

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

CHAMBERS OF
HONORABLE SUSAN D. WIGENTON

Name of Offender: Blackston, NaEem

Cr.:2:08-754-01
PACTS #:51503

Name of Sentencing Judicial Officer: Susan D, Wigenton

Date of Original Sentence: 4/26/10

Original Offense: Bank Fraud

Original Sentence: Five years supervised release, six month home confinement, alcohol and drug treatment, no new debt, financial disclosure, mental health treatment, DNA testing and pay a $85,900.00 restitution.

Type of Supervision: Supervised release          Date Supervision Commenced:4/26/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     On August 26, 2010, the offender reported to his codeaphone appointment, submitted a urine sample with the results testing positive for THC. When confronted the following day Mr. Blackston admitted his abuse, stating he was celebrating his birthday and made a bad decision to use an illegal substance.

U.S. Probation Officer Action:
The offender has been verbally reprimanded, will receive increased testing and directed to attend weekly NA meetings.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 9/9/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

9/16/10