PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Blackston, NaEem                                    Cr.: 2:08-754-01
                                                                                              PACTS Number: 51503

Name of Sentencing Judicial Officer: Susan D. Wigenton

Date of Original Sentence: 4/26/10

Original Offense: Bank Fraud

Original Sentence: Supervised release five years, six months home confinement, alcohol & drug treatment. No new debt, mental health treatment, DNA testing, financial disclosure and a $85, 900.00 restitution

Type of Supervision: Supervised release                      Date Supervision Commenced: 4/26/10

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

LOCATION MONITORING PROGRAM    (7 month payment waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 1 month commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

## CAUSE

While on supervision the offender has received monthly disability benefits totaling $200, after contributing to the mother's household, providing support to his two children and purchasing basic necessities, Mr. Blackston has little, if any finances for additional debt. We have determined the offender does not the ability to pay the $585.12 balance owed for location monitoring.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer

PROB 12B - Page 2
Blackston, NaEem

Date: 8/11/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Nov 29, 2010
Date