PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Na'Eem Blackston

**Docket Number:** 08-00754-001
**PACTS Number:** 51503

**Name of Sentencing Judicial Officer:** HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 04/26/2010

**Original Offense:** BANK FRAUD

**Original Sentence:** Time served, five years supervised release, drug and mental health treatment, financial disclosure, no new debt, six months location monitoring and a $85.900 restitution.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 4/26/10

**Assistant U.S. Attorney:** Mark Coyne, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Laurie M. Fierro, 135 Kinnelon Road, Suite 104, Kinnelon, New Jersey 07405 (973)297-4903

---

## PETITIONING THE COURT

[  ] To issue a warrant
[X]  To issue a summons

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states '**ALCOHOL/DRUG TESTING AND TREATMENT**

**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**'

Since being placed on supervised release on April 26, 2010, Mr. Blackston has tested positive for marijuana on April 28, August 26, October 13, and November 1, 2010. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | The offender has violated the special supervision condition which states '**The offender has failed to at least $50 monthly towards the $85,900, restitution until the balance is satisfied.** ' |
|  | The offender has failed to remain current paying at least $50 monthly towards the $85,900.00 restitution balance. Mr. Blackmon's last payment was made in May of 2010. |

declare under penalty of perjury that the foregoing is true and correct.

By: Stanley K, Whetstone
Senior U.S. Probation Officer
Date: 11/18/10

THE COURT ORDERS:

[  ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 12/15/10 @ 3:30
[  ] No Action
[  ] Other

Signature of Judicial Officer

November 29, 2010

Date