UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. SUSAN D WIGENTON |
| Plaintiff, | INF. NO.: 08-754 (SDW) |
| v. | **ORDER** |
| NA'EEM BLACKSTON, | |
| Defendant. | |

This matter having been opened to the Court by the Office of U.S. Probation, Stanley Whetstone having filed a Summons and Report alleging violations of the terms of supervised release, on notice and with the Consent of the Law Office of Laurie M. Fierro, P.A., Laurie M. Fierro, Esq. appearing on behalf of defendant Na'eem Blackston, on notice and with the consent of the United States Attorney's Office, Mark E. Coyne, Esq. appearing for the United States of America, and with the Consent of U.S. Probation, Stanley Whetstone, for an Order modifying the conditions of supervised release of Na'eem Blackston to compel him to participate in an intensive out patient drug treatment program as designated by U.S. Probation, and compelling him to immediately resume restitution payments as ordered by U.S. Probation, and U.S. Probation having agreed to withdraw a pending violation of the terms of Supervised Release and with good cause having been shown, it is on this 13th day of December 2010

ORDERED that the conditions of supervised release of Defendant

Na'eem Blackston be and are hereby modified to compel him to participate in an intensive out patient drug treatment program as designated by the U.S. Probation Office and it is hereby

ORDERED that a pending violation of the terms of supervised release be and is hereby dismissed.

                                              _____
                                              Hon. Susan D. Wigenton

Consented to as to form and substance

_____
Mark E. Coyne, A.U.S.A.

_____
Laurie M. Fierro, Esq.
Attorney for Na'eem Blackston

2