PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Blackston, NaEem            Cr.: 2:08-754-01
                                                                             PACTS #: 51503

Name of Sentencing Judicial Officer: Susan B. Wigenton

Date of Original Sentence: 4/26/10

Original Offense: Bank Fraud

Original Sentence: Five years supervised release, six months home confinement, financial disclosure, no new debt, mental health and drug treatment, DNA testing and pay a $85,900 restitution at a rate of $25 monthly.

Type of Supervision: Supervised release          Date Supervision Commenced: 4/26/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Offender reported to his codeaphone site on February 17, 2011, submitting a urine specimen, with the results testing positive for marijauna. |

U.S. Probation Officer Action:
Mr. Blackston has been verbally reprimanded, directed to continue participation in the codeaphone program and intensive outpatient drug treatment.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 02/26/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

March 9, 2011
Date